PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re: | Case No.: 2:17-bk-23714-NB |
| FARGO TRUCKING COMPANY, INC., | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: Dec. 19, 2007

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
Jill M. Sturtevant
Assistant United States Trustee

1

1

**EXHIBIT "A"**

2

In re: FARGO TRUCKING COMPANY, INC.; 2:17-bk-23714-NB

3

CREDITORS COMMITTEE                                      COUNSEL

4

Miguel Angel Araujo                                     Thomas Slattery, Esq.
1317 S. McKinley Avenue                                 The Slattery Law Firm

5

Compton, CA  90270                                      826 Orange Avenue, Ste. 120
Telephone: (310) 654-5546                               Coronado, CA  92118

6

Telephone: (619) 940-5076
E-mail: slattery154@gmail.com

7

Cristian Madrid
2406 Commerce Way                                       Dorinna E. Hirsch, Esq.

8

Commerce, CA  90040                                     Hirsch Law Group
Telephone: (323) 501-8138                               7710 Hazard Center Dr., Ste. E-244

9

Facsimile: n/a                                          San Diego, CA  92108
E-mail: cristianmadrid21446@gmail.com                   Telephone: (619) 822-2266

10

Facsimile: (619) 374-2989
E-mail: dhirsch@hirsch-law.us

11

Romulo Rodas
6418 Heliotrope Avenue                                  Dorinna E. Hirsch, Esq,

12

Bell, CA  90202                                         Hirsch Law Group
Telephone: (626) 622-3254                               7710 Hazard Center Dr., Ste. E-244

13

Rrodas2@gmail.com                                       San Diego, CA  92108
Telephone: (619) 822-2266

14

Facsimile: (619) 374-2989
E-mail: dhirsch@hirsch-law.us

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 19, 2017**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On___**December 19, 2017**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___**December 19, 2017**___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2017 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Lane K Bogard | Counsel for Debtor | lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, haberbush.assistant@gmail.com, vhaberbush@lbinsolvency.com, jscarborough@lbinsolvency.com, jborin@lbinsolvency.com |
| Alan J Friedman | Interested Party | afriedman@lwgfllp.com, nlockwood@lwgfllp.com; jokeefe@lwgfllp.com; banavim@lwgfllp.com; lgauthier@lwgfllp.com |
| David R Haberbush | Associate Attorney | dhaberbush@lbinsolvency.com |
| Vanessa M Haberbush | Associate Attorney | vhaberbush@lbinsolvency.com |
| Dare Law | Attorney for U.S. Trustee | dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov, Alvin.mar@usdoj.gov, ron.maroko@usdoj.gov |
| Jay J Shin | Attorney for Creditor | jay@wagejustice.org, jayshin2003@hotmail.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
**Fargo Trucking Company, Inc.**
2727 E. Del Amo Blvd.
Compton, CA 90221

**Creditor's Committee:**
Miguel Angel Araujo
1317 S. McKinley Avenue
Compton, CA  90270

Cristian Madrid
2406 Commerce Way
Commerce, CA  90040

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Romulo Rodas
6418 Heliotrope Avenue
Bell, CA  90202

3.    **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy
Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**