DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dhr@lnbyb.com

Attorneys for Post-Confirmation Committee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:17-bk-23714 NB |
| | Chapter 11 |
| FARGO TRUCKING COMPANY, INC., | |
| | **DEBTORS' POST CONFIRMATION STATUS REPORT** |
| Reorganized Debtor. | |
| | Hearing: |
| | Date:  March 26, 2019 |
| | Time:  10:30 a.m. |
| | Place:  Courtroom 1545 |
| |          Roybal Federal Bldg. |
| |          255 E. Temple St. |
| |          Los Angeles, CA 90012 |

1

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:**

The Post-Confirmation Committee (the "Committee") in the above-referenced Chapter 11 case filed by Fargo Trucking Company, Inc. (the "Debtor"), hereby files its Post Confirmation Status Report in connection with the upcoming Post Confirmation Case Status Conference as follows:

## I.

## FACTUAL CASE BACKGROUND

The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 et seq., as amended (the "Bankruptcy Code") on November 6, 2017.

On October 30, 2018, the Debtor and the Official Committee of Unsecured Creditors filed that certain Combined *Chapter 11 Plan And Disclosure Statement Proposed By Fargo Trucking Company, Inc. and The Official Committee of Unsecured Creditors* [Dkt. No. 312] (the "Plan"). Unless indicated otherwise, the capitalized terms herein shall have the same definition as in the Plan.

The Court confirmed the Plan by its order entered on December 7, 2018 [Dkt. No. 362].

The Effective Date of the Plan was December 22, 2018.

Timothy J. Yoo is the Liquidating Trustee under the Liquidating Trust Agreement that was approved in connection with the confirmation of the Plan. The Committee was created pursuant to the terms of the Plan.

## II.

## PROGRESS MADE TOWARD CONSUMATION OF THE PLAN

A.    **Payments Under the Plan (LBR 3020-1(b)(1))**

All payments required to be made as of the Effective Date were timely made. No other payments are due at this time under the Plan. The below table provides the information required by Local Bankruptcy Rule 3020-1(b)(1):

| CLASS/TYPE | TOTAL AMT TO BE PAID PER PLAN | TOTAL AMT REQ'D AS OF DATE OF REPORT | TOTAL VALUE DISTRIBUTIED OR CASH PAID AS OF DATE OF REPORT | BALANCE DUE AS OF DATE OF REPORT |
|---|---|---|---|---|
| Class 1 – Secured Los Angeles County Tax Claim | $188.32 | $188.32 | $188.32 | $0.00 |
| Class 2 – Secured Claims – Driver Creditors | $175,000 | $175,000 | $175,000 | $0.00 |
| Class 3 - §507(a)(4) priority claim | $12,850 | $12,850 | $12,850 | $0.00 |
| Class 4 – Joe Murez Exempt Trust | $300,000 | $300,000 | $300,000 | $0.00 |
| Class 5 – general unsecured claims | Unknown | None | $875,000[1] | $0.00 |
| Class 6 – claims covered by insurance | None | None | None | $0.00 |
| Class 7 – equity holders | None | None | None | $0.00 |
| **ADMINISTRATIVE CLAIMS:** | | | | |
| U.S. Trustee | $15,000 (est) | $15,810 | $15,810 | $0.00 |
| Haberbush & Associates, LLP | $200,000 (est) | $187,057.33 | $187,057.33 | $0.00 |
| Levene Neale Bender Yoo & Brill L.L.P. | $390,000 (est) | $421,884.90 | $421,884.90 | $0.00 |
| CohnReznick, LLP | $168,000 ( est) | $167,475.79 | $167,475.79 | $0.00 |
| Joe Murez Exempt Trust | $161,348.31 | $161,348.31 | $161,348.31 | $0.00 |
| Robert Wallace | $97,766.90 | $97,766.90 | $97,766.90 | $0.00 |
| David Meadows | $8,800.00 (est) | $4,000.00 | $4,000.00 | $0.00 |

---

[1] Thirty-five unsecured driver creditors retained trucks in their possession equal to a stipulated value of $25,000 per truck, which value is credited against future distributions under the Plan in accordance with the Settlement Agreement. No cash distributions have been made to Class 5 creditors.

3

**B.    Postconfirmation Tax Liabilities (LBR 3020-1(b)(2)).**

No postconfirmation tax liabilities have accrued.

**C.    Pending Matters, Final Decree, Pertinent Information (LBR 3020-1(b)(3), (4), (5)).**

The Debtor transferred $337,022.73 to the Liquidating Trustee pursuant to the Plan. Two disbursements have been made to pay unscheduled pre-confirmation chapter 11 administrative claims, as follows: Allied Interpreting Service the amount of $875.00 and Integrity Legal Corp in the amount of $1,391.44. The current balance held by the Liquidating Trustee is $334,756.29. In addition, certain office equipment and personal property (the "Personal Property") and the Trust Causes of Action are being held in the Liquidating Trust. The Committee is currently finalizing the terms of retention for counsel to pursue the OOCL Litigation. *See* Plan, pgs. 37, lns. 3 – 20 and 41, lns. 1 – 5. Further, the Committee is in discussion with the Settling Parties with respect to the disposition of the Personal Property, the proceeds of which shall reduce the second payment due from the Settling Parties under the Settlement Agreement on or before December 22, 2019 (the "Second Settlement Payment"). *See* Plan, pgs. 10 – 11.

The Committee is currently in settlement negotiations with respect to the following disputed claims:

| CLAIMANT | AMOUNT | CLAIM NO. |
|---|---|---|
| Rene Rubio | $429,090 | 60 |
| Hermelindo Davila Alvarez | $103,023 | 61 |
| Gloria Perez Silva | $513,051 | 62 |
| Shin Chung | $603,406 | 63 |

If these negotiations are not successful, the Committee intends to file objections to these disputed claims. The Committee believes that the next distribution to unsecured creditors shall follow receipt of the Second Settlement Payment, which is due on or before December 22, 2019. However, if the foregoing disputed claims are resolved prior to the receipt of the Second Settlement Payment, the Committee may authorize a payment to unsecured creditors from cash held by the Liquidating Trustee.

The Committee may file a motion decree in the second quarter of 2019, which may include a request for the Court to retain jurisdiction over any pending matters. The Committee does not

1 expect any issues with respect to consummation of the Plan.

**D.    Status Conference Hearing – Request to Continue.**

The Committee requests that the Court continue the currently scheduled status conference hearing for 120 days and such further relief the Court deems appropriate.

Dated: March 11, 2019

LEVENE, NEALE, BENDER,
YOO & BRILL, L.L.P.


By:    */s/ Daniel H. Reiss*
         DANIEL H. REISS
Attorneys Post-Confirmation Committee

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the **Debtors' Post Confirmation Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 11, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ *Service information continued on attached page*

**2. SERVED BY UNITED STATES MAIL**: On **March 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **March 11, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2019 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Lane K Bogard on behalf of Attorney Haberbush & Associates, LLP
lbogard@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com

Lane K Bogard on behalf of Debtor Fargo Trucking Company, Inc.
lbogard@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Richard H Golubow on behalf of Creditor Joe Murez Exempt Trust
rgolubow@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com

Andrew Goodman on behalf of Attorney Dorinna E Hirsch
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Abener Torres Barrientos
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Antonio P Belloso
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Carlos Garcia
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Celestino Aguilar
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Cesar Avalos
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Cesar Martinez
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Clemente Moran
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Douglas Mendoza
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Edgar Rene Carranza
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Edgar Rolando Castro
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Efrain Rosales Cortes
agoodman@andyglaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | Andrew Goodman on behalf of Creditor Elias Arellano<br>agoodman@andyglaw.com |
| 2 | |
| 3 | Andrew Goodman on behalf of Creditor Elio Estrada<br>agoodman@andyglaw.com |
| 4 | Andrew Goodman on behalf of Creditor Erikson Gutierrez<br>agoodman@andyglaw.com |
| 5 | |
| 6 | Andrew Goodman on behalf of Creditor Gabriel Parra Munoz<br>agoodman@andyglaw.com |
| 7 | Andrew Goodman on behalf of Creditor Isaias Portillo<br>agoodman@andyglaw.com |
| 8 | |
| 9 | Andrew Goodman on behalf of Creditor Javier Molina<br>agoodman@andyglaw.com |
| 10 | Andrew Goodman on behalf of Creditor Jorge Morales<br>agoodman@andyglaw.com |
| 11 | |
| 12 | Andrew Goodman on behalf of Creditor Jose Cabrera<br>agoodman@andyglaw.com |
| 13 | Andrew Goodman on behalf of Creditor Jose Marroquin<br>agoodman@andyglaw.com |
| 14 | |
| 15 | Andrew Goodman on behalf of Creditor Jose Quintanilla<br>agoodman@andyglaw.com |
| 16 | Andrew Goodman on behalf of Creditor Jose A Cruz<br>agoodman@andyglaw.com |
| 17 | |
| 18 | Andrew Goodman on behalf of Creditor Jose Adrian Cruz<br>agoodman@andyglaw.com |
| 19 | Andrew Goodman on behalf of Creditor Jose David Benitez<br>agoodman@andyglaw.com |
| 20 | |
| 21 | Andrew Goodman on behalf of Creditor Jose I Cruz<br>agoodman@andyglaw.com |
| 22 | Andrew Goodman on behalf of Creditor Jose Vicente Santamaria<br>agoodman@andyglaw.com |
| 23 | |
| 24 | Andrew Goodman on behalf of Creditor Juan Flores<br>agoodman@andyglaw.com |
| 25 | Andrew Goodman on behalf of Creditor Juan Ramon Pulido<br>agoodman@andyglaw.com |
| 26 | |
| 27 | Andrew Goodman on behalf of Creditor Laurencio Hernandez<br>agoodman@andyglaw.com |
| 28 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | Andrew Goodman on behalf of Creditor Luis Hernandez<br>agoodman@andyglaw.com |
| 2 | |
| 3 | Andrew Goodman on behalf of Creditor Luis Molina<br>agoodman@andyglaw.com |
| 4 | Andrew Goodman on behalf of Creditor Luis Armando Diaz<br>agoodman@andyglaw.com |
| 5 | |
| 6 | Andrew Goodman on behalf of Creditor Manuel Becerra<br>agoodman@andyglaw.com |
| 7 | Andrew Goodman on behalf of Creditor Marco A Guzman Saget<br>agoodman@andyglaw.com |
| 8 | |
| 9 | Andrew Goodman on behalf of Creditor Martin Medina<br>agoodman@andyglaw.com |
| 10 | Andrew Goodman on behalf of Creditor Mauro Caselin<br>agoodman@andyglaw.com |
| 11 | |
| 12 | Andrew Goodman on behalf of Creditor Noe Morales<br>agoodman@andyglaw.com |
| 13 | Andrew Goodman on behalf of Creditor Otto Rolando Pelaez<br>agoodman@andyglaw.com |
| 14 | |
| 15 | Andrew Goodman on behalf of Creditor Pedro Garcia Vieyra<br>agoodman@andyglaw.com |
| 16 | Andrew Goodman on behalf of Creditor Roely Ramirez<br>agoodman@andyglaw.com |
| 17 | |
| 18 | Andrew Goodman on behalf of Creditor Selvin Martinez Estrada<br>agoodman@andyglaw.com |
| 19 | Andrew Goodman on behalf of Creditor Teofilo Escobar<br>agoodman@andyglaw.com |
| 20 | |
| 21 | Andrew Goodman on behalf of Creditor Victor Calderon<br>agoodman@andyglaw.com |
| 22 | Andrew Goodman on behalf of Creditor Victor Marroquin<br>agoodman@andyglaw.com |
| 23 | |
| 24 | David R Haberbush on behalf of Debtor Fargo Trucking Company, Inc.<br>dhaberbush@lbinsolvency.com, |
| 25 | ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com |
| 26 | Vanessa M Haberbush on behalf of Debtor Fargo Trucking Company, Inc.<br>vhaberbush@lbinsolvency.com, |
| 27 | dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com |
| 28 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

2. John A Moe on behalf of Interested Party Philip Ting
john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com

3. Daniel H Reiss on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.
dhr@lnbyb.com, dhr@ecf.inforuptcy.com

4. Daniel H Reiss on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dhr@lnbyb.com, dhr@ecf.inforuptcy.com

5. Daniel H Reiss on behalf of Interested Party Courtesy NEF
dhr@lnbyb.com, dhr@ecf.inforuptcy.com

6. Daniela P Romero on behalf of Interested Party Daniela P. Romero
dromerolawecf@gmail.com, r57467@notify.bestcase.com

7. Patricia A Shackelford on behalf of Creditor Glori Perez Silva
patricia@riverashackelford.com, jesse@riverashackelford.com

8. Patricia A Shackelford on behalf of Creditor Hermelindo Davila Alvarez
patricia@riverashackelford.com, jesse@riverashackelford.com

9. Patricia A Shackelford on behalf of Creditor Rene M Rubio
patricia@riverashackelford.com, jesse@riverashackelford.com

10. Patricia A Shackelford on behalf of Creditor Shin Hae Chung
patricia@riverashackelford.com, jesse@riverashackelford.com

11. Jay J Shin on behalf of Creditor California Labor Commissioner
jay@wagejustice.org, jayshin2003@hotmail.com

12. Thomas W Slattery on behalf of Interested Party Courtesy NEF
slatterylawfirm@gmail.com

13. United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**