1  DANIEL H. REISS (SBN 150573)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
2  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
3  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
4  Email: dhr@lnbyb.com

5  Attorneys for Post-Confirmation Committee

6

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                 **LOS ANGELES DIVISION**

10 In re:                              ) Case No.: 2:17-bk-23714 NB
                                        )
11                                      ) Chapter 11
   FARGO TRUCKING COMPANY, INC.,        )
12                                      ) **NOTICE OF MOTION AND MOTION**
              Reorganized Debtor.       ) **FOR THE ENTRY OF A FINAL**
13                                      ) **DECREE AND ORDER CLOSING**
                                        ) **CHAPTER 11 CASE; MEMORANDUM**
14                                      ) **OF POINTS AND AUTHORITIES AND**
                                        ) **DECLARATION OF DANIEL H. REISS**
15                                      ) **IN SUPPORT THEREOF**
                                        )
16                                      )
                                        )
17                                      ) Hearing:
                                        ) Date:    November 12, 2019
18                                      ) Time:    1:00 p.m.
                                        ) Place:   Courtroom 1545
19                                      )          Roybal Federal Bldg.
                                        )          255 E. Temple St.
20                                      )          Los Angeles, CA 90012
                                        )
21                                      )
                                        )
22 _____  )

23

24

25

26

27

28

                              1

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE THAT** The Post-Confirmation Committee (the "Committee") in the above-referenced Chapter 11 case filed by Fargo Trucking Company, Inc. (the "Debtor"), hereby moves the Court (the "Motion") for the entry of a final decree closing the Debtor's chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based on this Notice of Motion and Motion, 11 U.S.C. §§ 350 and 1141, Fed. R. Bankr. P. 3022, Local Bankruptcy Rule ("LBR") 3022-1, the annexed memorandum of points and authorities and Declaration of Daniel H. Reiss  in support of this Motion, and the entire record in this chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any opposition to this Motion must (1) be in writing and include all reasons and evidence in support of the opposition, (2) be filed at least fourteen (14) days prior to the hearing on this Motion, and (3) be served on the United States Trustee and counsel for the Committee.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the Court may deem the failure of any party to file a timely opposition to this Motion to constitute consent to the granting of this Motion and the relief requested herein.

**WHEREFORE**, the Committee respectfully request that the Court enter an order: (1) granting this Motion in its entirety, (2) providing for the entry of a final decree closing the Debtor's chapter 11 bankruptcy case and directing the Clerk of the Court to enter a final decree, and (3) granting such other and further relief as the Court deems just and proper.

Dated: October 11, 2019

LEVENE, NEALE, BENDER,
YOO & BRILL, L.L.P.


By: ___/s/ Daniel H. Reiss_____
　　DANIEL H. REISS
　　Attorneys Post-Confirmation Committee

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## FACTUAL CASE BACKGROUND

The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 et seq., as amended (the "Bankruptcy Code") on November 6, 2017.

On October 30, 2018, the Debtor and the Official Committee of Unsecured Creditors filed that certain Combined *Chapter 11 Plan And Disclosure Statement Proposed By Fargo Trucking Company, Inc. and The Official Committee of Unsecured Creditors* [Dkt. No. 312] (the "Plan").    Unless indicated otherwise, the capitalized terms herein shall have the same definition as in the Plan.

The Court confirmed the Plan by its order entered on December 7, 2018 [Dkt. No. 362].

The Effective Date of the Plan was December 22, 2018.

Timothy J. Yoo is the Liquidating Trustee under the Liquidating Trust Agreement that was approved in connection with the confirmation of the Plan.    The Committee was created pursuant to the terms of the Plan.

Pursuant to Section V.G. of the Plan, the Committee is authorized to submit this Motion for entry of a final decree and order closing this chapter 11 bankruptcy case.

## II.

## PROGRESS MADE TOWARD CONSUMATION OF THE PLAN

The Liquidating Trust made an interim distribution to Class 5 unsecured creditors on September 25, 2019 in the aggregate amount of $216,426.98.  The Liquidating Trust is withholding $22,589.98 relating to two creditors due to a dispute relating to an attorney's lien asserted in said distributions.[1]    After this distribution, the balance held in the Liquidating Trust was $69,673.78.   The amount of this distribution was determined by (1) the funds on  hand; and

---

[1] Creditors Rene Rubio and Hermelindo Alvarez Davila were represented pre-bankruptcy by two different contingency fee counsel in connection with their wage and hour claims.  As a result, the Committee is putting the distribution to these two creditors (Rubio - $9,816.41; Davila - $12,778.57) on hold pending the resolution of the dispute.

(2) providing all Class 5 creditors with a dividend-to-date of no less than 8.75%.[2]   A payment of $1,950.00 of third quarter fees paid to the United States Trustee  will be paid no later than October 31, 2019.  In addition, certain post-confirmation cash disbursements have been made as set forth in the two quarterly reports filed by the Committee in this case on May 17 and July 10, 2019, Dkt. Nos. 381 and 397.  The Committee shall timely file the third quarterly report.

All payments required to be made as of the Effective Date were timely made. No other payments are due at this time under the Plan. The below table summarizes the payments due and made under the Plan:

| CLASS/TYPE | TOTAL AMT TO BE PAID PER PLAN | TOTAL AMT REQ'D AS OF THE DATE OF THIS MOTION | TOTAL VALUE DISTRIBUTED OR CASH PAID AS OF THE DATE OF THIS MOTION | BALANCE DUE AS OF THE DATE OF THIS MOTION |
|---|---|---|---|---|
| Class 1 – Secured Los Angeles County Tax Claim | $188.32 | $188.32 | $188.32 | $0.00 |
| Class 2 – Secured Claims – Driver Creditors | $175,000 | $175,000 | $175,000 | $0.00 |
| Class 3 – §507(a)(4) priority claim | $12,850 | $12,850 | $12,850 | $0.00 |
| Class 4 – Joe Murez Exempt Trust | $300,000 | $300,000 | $300,000 | $0.00 |
| Class 5 – general unsecured claims | Unknown | n/a | $1,191,426.98[3] | $0.00 |
| Class 6 – claims covered by insurance | None | None | None | $0.00 |
| Class 7 – equity holders | None | None | None | $0.00 |

---

[2] Certain Class 5 unsecured creditors retained trucks in their possession, thereby receiving a value of $25,000 under the Plan.  Therefore, most of those retaining their trucks have effectively received equal to or great than 8.75% of their claims, and consequently did not receive a cash payment from the initial interim distribution.

[3] This amount includes the first interim cash distribution plus the thirty-nine unsecured driver creditors that retained trucks in their possession, valued at $25,000 each.  *See* Plan, Section III.C.3.

| ADMINISTRATIVE CLAIMS: | | | | |
|---|---|---|---|---|
| U.S. Trustee | $15,000.00 (est) | $15,810.00 | $15,810.00 | $0.00 |
| Haberbush & Associates, LLP | $200,000.00 (est) | $187,057.33 | $187,057.33 | $0.00 |
| Levene Neale Bender Yoo & Brill L.L.P. | $390,000.00 (est) | $421,884.90 | $421,884.90 | $0.00 |
| CohnReznick, LLP | $168,000.00 (est) | $167,475.79 | $167,475.79 | $0.00 |
| Joe Murez Exempt Trust | $161,348.31 | $161,348.31 | $161,348.31 | $0.00 |
| Robert Wallace | $97,766.90 | $97,766.90 | $97,766.90 | $0.00 |
| David Meadows | $8,800.00 (est) | $4,000.00 | $4,000.00 | $0.00 |

In addition to cash assets, certain office equipment and personal property (the "Personal Property") and the Trust Causes of Action are being held in the Liquidating Trust. The Committee and representatives of the Settlement Parties have finalized the terms of retention for counsel to pursue the OOCL Litigation, and the Committee is informed that a complaint is currently in draft form. *See* Plan, pgs. 37, lns. 3 – 20 and 41, lns. 1 – 5. Still pending is the disposition of the Personal Property, the proceeds of which shall reduce the second payment due from the Settling Parties under the Settlement Agreement on or before December 22, 2019 (the "Second Settlement Payment"). *See* Plan, pgs. 10 – 11. The Second Settlement Payment is $2 million.

Since confirmation of the Plan, the Committee reached a settlement with respect to the claims that were disputed as of the Plan confirmation Date. The results summarized in the table below. The settlements represent a reduction of a total of $1,198,570.00 in filed unsecured claims, as follows:

| Claimant | Claim nos.[4] | Amount on proof of claim amount | Final amount per settlement |
|---|---|---|---|
| Rene Rubio | 60/68 | $513,052.00 | $112,187.51 |
| Hermelindo Davila Alvarez | 61 | $429,090.00 | $145,983.64 |

---

[4] Claim numbers 67 and 68 are amended claims filed relating to claim numbers 63 and 60, respectively, although they were not docketed as such due to clerical error.

| | | | |
|---|---|---|---|
| Gloria Perez Silva | 62 | $103,023.00 | None |
| Shin Chung | 63/67 | $603,405.00 | $191,828.85 |
| Total | | $1,648,570.00[5] | $450,000.00 |

The Committee believes that the next distribution to unsecured creditors shall follow receipt of the Second Settlement Payment, which is due on or before December 22, 2019.  A third and final settlement payment of $1.1 million is due December 22, 2020.

## II.

## LEGAL ARGUMENT IN SUPPORT OF ENTRY OF FINAL DECREE

Section 350 of the Bankruptcy Code provides that, "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a).  Rule 3022 of the Federal Rules of Bankruptcy Procedure provides as follows:

> After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

Fed. R. Bankr. P. 3022.  Rule 3022-1 of the Local Bankruptcy Rules provides as follows:

> After an estate is fully administered in a chapter 11 reorganization case, a party in interest may file a motion for a final decree in the manner provided in LBR 9013-1(d) or (o). Notice of the motion must be served on all parties upon whom the plan was served.

L.B.R. 3022-1.  Paragraph III.H of the Plan provides as follows:

> Once the Estate has been fully administered as referred to in Bankruptcy Rule 3022, the Reorganized Debtor shall file a motion with the Court to obtain a final decree to close the case.

The term "fully administered" in Section 350(a) and Rule 3022 does not require that a plan has been fully performed or that all plan payments have been made.  Instead, as discussed in the Advisory Committee Note to Rule 3022:

---

[5] This amount represents an initial voluntary reduction in these claims by way of amended proofs of claim filed pre-confirmation during initial negotiations with the Official Committee of Unsecured creditors.  The original total amount of the filed claims were $2,469,125.46.  *See* Claims Register.

> Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed. Factors that the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

Fed. R. Bankr. P. 3022; *see also In re Indian Creek Ltd. P'ship.*, 205 B.R. 609, 611 (Bankr. D. Ariz. 1997) ((1) holding that "FRBP 3022 is a mandatory obligation on the Bankruptcy Court and once the Debtor meets the 'fully administered' requirement of FRBP 3022, the Court cannot condition the entry of a final decree based on an additional requirement for the payment of post-confirmation quarterly fees to the United States Trustee" and (2) acknowledging that whether a case was fully administered should be analyzed based on the foregoing six factors set forth in the Advisory Committee Notes to Rule 3022); *In re Spokane Raceway Park Inc.*, No. BAP EW-12-1659, 2013 WL 3972429, at *4 (B.A.P. 9th Cir. Aug. 2, 2013) ("Although the [elements for determining whether an estate has been fully administered set forth in the] Advisory Committee Note provides guidance on when a bankruptcy court may enter a final decree, not all the factors set forth in the Advisory Committee Note need to be present to establish that a case is fully administered for final decree purposes."); *In re Provident Fin., Inc.*, No. ADV.10-00001, 2010 WL 6259973, at *9 (B.A.P. 9th Cir. Oct. 12, 2010), aff'd, 466 F. App'x 672 (9th Cir. 2012) (same).

Here, all of the applicable factors set forth in the Advisory Committee Note to Rule 3022 weigh in favor of finding that the Debtors' estate has been "fully administered" such that a final decree should be entered, as follows:

(1)     Whether The Order Confirming The Plan Has Become Final:  The Court confirmed the Plan by its order entered on December 7, 2018 [Dkt. No. 362].  This order was not appealed and has become a final order.

(2)    <u>Whether Deposits Required By The Plan Have Been Distributed:</u>  As discussed above, the Plan has been funded in accordance with the Plan and all payments required by the Plan have been made as of the date of this Motion.

(3)    <u>Whether The Property Proposed By The Plan To Be Transferred Has Been Transferred:</u>  All funds which remained in the Debtor's estate after payment of the Effective Date payments have been transferred to the Liquidating Trust.  All other assets of the Debtor's estate, namely the personal property and the Trust Causes of Action, are being held in the Liquidating Trust.

(4)    <u>Whether The Debtors Or The Successor Of The Debtors Under The Plan Has Assumed The Business Or The Management Of The Property Dealt With By The Plan:</u>  This factor is inapplicable because the Debtor is no longer an operating business.

(5)    <u>Whether Payments Under The Plan Have Commenced:</u>  As discussed above, all Effective Date Payments were timely made, and an interim distribution to Class 5 general unsecured creditors was made on September 25, 2019.  The only distributions to be made in the future shall be to Class 5 general unsecured creditors from $3.1 million of future Settlement Payments and any proceeds from the Trust Causes of Action.

(6)    <u>Whether All Motions, Contested Matters, And Adversary Proceedings Have Been Finally Resolved:</u>  Other than the instant Motion, there are no pending (or anticipated) motions, contested matters, or adversary proceedings.

Based on the foregoing, the Debtors' chapter 11 case had been fully administered, and the Court should enter a final decree closing the Debtors' chapter 11 case.

Dated: October 11, 2019                    LEVENE, NEALE, BENDER,
                                           YOO & BRILL, L.L.P.


                                           By:  __/s/ Daniel H. Reiss_____
                                               DANIEL H. REISS
                                           Attorneys Post-Confirmation Committee

# **DECLARATION OF DANIEL H. REISS**

I, Daniel H. Reiss, declare as follows:

     1.     I am a partner with the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., counsel for the Post –Confirmation Committee in the above –referenced chapter 11 case.  Unless indicated otherwise, the statements herein are based on my personal knowledge or the record in this case, and if called upon, I would and could competently testify to their truth.

     2.     The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 et seq., as amended (the "Bankruptcy Code") on November 6, 2017.

     3.     On October 30, 2018, the Debtor and the Official Committee of Unsecured Creditors filed that certain Combined *Chapter 11 Plan And Disclosure Statement Proposed By Fargo Trucking Company, Inc. and The Official Committee of Unsecured Creditors* [Dkt. No. 312] (the "Plan").   Unless indicated otherwise, the capitalized terms herein shall have the same definition as in the Plan.

     4.     The Court confirmed the Plan by its order entered on December 7, 2018 [Dkt. No. 362].

     5.     The Effective Date of the Plan was December 22, 2018.

     6.     Timothy J. Yoo is the Liquidating Trustee under the Liquidating Trust Agreement that was approved in connection with the confirmation of the Plan.  The Committee was created pursuant to the terms of the Plan.

     7.     The Liquidating Trust made an interim distribution to Class 5 unsecured creditors on September 25, 2019 in the aggregate amount of $216,426.98.  The Liquidating Trust is withholding $22,589.98 relating to two creditors due to a dispute relating to an attorney's lien asserted in said distributions.[6]   After this interim distribution, the balance held in the Liquidating

---

[6] Creditors Rene Rubio and Hermelindo Alvarez Davila were represented pre-bankruptcy by two different contingency fee counsel in connection with their wage and hour claims.  As a result, the Committee is putting the distribution to these two creditors (Rubio - $9,816.41; Davila - $12,778.57) on hold pending the resolution of the dispute.

Trust was $69,673.78.   The amount of this distribution was determined by (1) the funds on hand; and (2) providing all Class 5 creditors with a dividend-to-date of no less than 8.75%.[7]  A payment of $1,950.00 of third quarter fees paid to the United States Trustee  will be paid no later than October  31, 2019.  In addition, certain post-confirmation cash disbursements have been made as set forth in the two quarterly reports filed by the Committee in this case on May 17 and July 10, 2019, Dkt. Nos. 381 and 397.  The Committee shall timely file the third quarterly report.

8.    All payments required to be made as of the Effective Date were timely made. No other payments are due at this time under the Plan. The below table summarizes the payments due and made under the Plan:

| CLASS/TYPE | TOTAL AMT TO BE PAID PER PLAN | TOTAL AMT REQ'D AS OF THE DATE OF THIS MOTION | TOTAL VALUE DISTRIBUTED OR CASH PAID AS OF THE DATE OF THIS MOTION | BALANCE DUE AS OF THE DATE OF THIS MOTION |
|---|---|---|---|---|
| Class 1 – Secured Los Angeles County Tax Claim | $188.32 | $188.32 | $188.32 | $0.00 |
| Class 2 – Secured Claims – Driver Creditors | $175,000 | $175,000 | $175,000 | $0.00 |
| Class 3 - §507(a)(4) priority claim | $12,850 | $12,850 | $12,850 | $0.00 |
| Class 4 – Joe Murez Exempt Trust | $300,000 | $300,000 | $300,000 | $0.00 |
| Class 5 – general unsecured claims | Unknown | n/a | $1,191,426.98[8] | $0.00 |
| Class 6 – claims covered by insurance | None | None | None | $0.00 |
| Class 7 – equity holders | None | None | None | $0.00 |

[7] Certain Class 5 unsecured creditors retained trucks in their possession, thereby receiving a value of $25,000 under the Plan.  Therefore, most of those retaining their trucks have effectively received equal to or great than 8.75% of their claims, and consequently did not receive a cash payment from the initial interim distribution.

[8] This amount includes the first interim cash distribution plus the thirty-nine unsecured driver creditors that retained trucks in their possession, valued at $25,000 each.  *See* Plan, Section III.C.3.

| ADMINISTRATIVE CLAIMS: | | | | |
|---|---|---|---|---|
| U.S. Trustee | $15,000 (est) | $15,810 | $15,810 | $0.00 |
| Haberbush & Associates, LLP | $200,000 (est) | $187,057.33 | $187,057.33 | $0.00 |
| Levene Neale Bender Yoo & Brill L.L.P. | $390,000 (est) | $421,884.90 | $421,884.90 | $0.00 |
| CohnReznick, LLP | $168,000 ( est) | $167,475.79 | $167,475.79 | $0.00 |
| Joe Murez Exempt Trust | $161,348.31 | $161,348.31 | $161,348.31 | $0.00 |
| Robert Wallace | $97,766.90 | $97,766.90 | $97,766.90 | $0.00 |
| David Meadows | $8,800.00 (est) | $4,000.00 | $4,000.00 | $0.00 |

9.    In addition to cash assets, certain office equipment and personal property (the "Personal Property") and the Trust Causes of Action are being held in the Liquidating Trust. The Committee and representatives of the Settlement Parties have finalized the terms of retention for counsel to pursue the OOCL Litigation, and the Committee is informed that a complaint is currently in draft form. *See* Plan, pgs. 37, lns. 3 – 20 and 41, lns. 1 – 5. Still pending is the disposition of the Personal Property, the proceeds of which shall reduce the second payment due from the Settling Parties under the Settlement Agreement on or before December 22, 2019 (the "Second Settlement Payment"). *See* Plan, pgs. 10 – 11. The Second Settlement Payment is $2 million.

10.    Since confirmation of the Plan, the Committee reached a settlement with respect to the claims that were disputed as of the Plan confirmation Date. The results summarized in the table below. The settlements represent a reduction of a total of $1,198,570.00 in filed unsecured claims, as follows:

| CLAIMANT | CLAIM NOS.[9] | AMOUNT ON PROOF OF CLAIM AMOUNT | FINAL AMOUNT PER SETTLEMENT |
|---|---|---|---|
| Rene Rubio | 60/68 | $513,052.00 | $112,187.51 |
| Hermelindo Davila Alvarez | 61 | $429,090.00 | $145,983.64 |
| Gloria Perez Silva | 62 | $103,023.00 | None |
| Shin Chung | 63/67 | $603,405.00 | $191,828.85 |
| Total | | $1,648,570.00[10] | $450,000.00 |

11.     The Committee believes that the next distribution to unsecured creditors shall follow receipt of the Second Settlement Payment, which is due on or before December 22, 2019. A third and final settlement payment of $1.1 million is due December 22, 2020.

12.     All of the applicable factors set forth in the Advisory Committee Note to Rule 3022 weigh in favor of finding that the Debtors' estate has been "fully administered" such that a final decree should be entered, as follows:

(1)     Whether The Order Confirming The Plan Has Become Final:  The Court confirmed the Plan by its order entered on December 7, 2018 [Dkt. No. 362].  This order was not appealed and has become a final order.

(2)     Whether Deposits Required By The Plan Have Been Distributed:  As discussed above, the Plan has been funded in accordance with the Plan and all payments required by the Plan have been made as of the date of this Motion.

(3)     Whether The Property Proposed By The Plan To Be Transferred Has Been Transferred:  All funds which remained in the Debtor's estate after payment of the Effective Date payments have been transferred to the Liquidating Trust.  All other assets of the Debtor's estate, namely the personal property and the Trust Causes of Action, are being held in the Liquidating Trust.

---

[9]  Claim numbers 67 and 68 are amended claims filed relating to claim numbers 63 and 60, respectively, although they were not docketed as such due to clerical error.

[10] This amount represents an initial voluntary reduction in these claims by way of amended proofs of claim filed pre-confirmation during initial negotiations with the Official Committee of Unsecured creditors.  The original total amount of the filed claims were $2,469,125.46.  *See* Claims Register.

(4)     Whether The Debtors Or The Successor Of The Debtors Under The Plan Has Assumed The Business Or The Management Of The Property Dealt With By The Plan:  This factor is inapplicable because the Debtor is no longer an operating business.

(5)     Whether Payments Under The Plan Have Commenced:  As discussed above, all Effective Date Payments were timely made, and an interim distribution to Class 5 general unsecured creditors was made on September 25, 2019.  The only distributions to be made in the future shall be to Class 5 general unsecured creditors from $3.1 million of future Settlement Payments and any proceeds from the Trust Causes of Action.

(6)     Whether All Motions, Contested Matters, And Adversary Proceedings Have Been Finally Resolved:  Other than the instant Motion, there are no pending (or anticipated) motions, contested matters, or adversary proceedings.

I declare  under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of October, 2019 at Los Angeles, California.

_____ */s Daniel H. Reiss* _____
        DANIEL H. REISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the Joint Status Report Re: **NOTICE OF MOTION AND MOTION FOR THE ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DANIEL H. REISS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 11, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  *Service information continued on attached page*

**2.   SERVED BY UNITED STATES MAIL**: On **October 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Courtesy Copy</u>
Hon. Neil W. Bason
United States Bankruptcy Court
255 East Temple Street
Suite 1552
Los Angeles, CA 90012

☒  *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **October 11, 2019,**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 11, 2019**, | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**2:17-bk-23714-NB Notice will be electronically mailed to:**

Lane K Bogard on behalf of Attorney Haberbush & Associates, LLP
lbogard@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com

Lane K Bogard on behalf of Debtor Fargo Trucking Company, Inc.
lbogard@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com

Brandon C Fernald on behalf of Creditor Benchmark Insurance Benchmark Insurance Company
brandon@fernaldlawgroup.com, flg@fernaldlawgroup.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Richard H Golubow on behalf of Creditor Joe Murez Exempt Trust
rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

Andrew Goodman on behalf of Attorney Dorinna E Hirsch
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Abener Torres Barrientos
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Antonio P Belloso
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Carlos Garcia
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Celestino Aguilar
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Cesar Avalos
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Cesar Martinez
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Clemente Moran
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Douglas Mendoza
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Edgar Rene Carranza
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Edgar Rolando Castro

agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Efrain Rosales Cortes
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Elias Arellano
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Elio Estrada
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Erikson Gutierrez
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Gabriel Parra Munoz
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Isaias Portillo
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Javier Molina
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jorge Morales
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose Cabrera
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose Marroquin
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose Quintanilla
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose A Cruz
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose Adrian Cruz
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose David Benitez
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose I Cruz
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Jose Vicente Santamaria
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Juan Flores
agoodman@andyglaw.com

Andrew Goodman on behalf of Creditor Juan Ramon Pulido

1    agoodman@andyglaw.com

2    Andrew Goodman on behalf of Creditor Laurencio Hernandez
     agoodman@andyglaw.com
3

4    Andrew Goodman on behalf of Creditor Luis Hernandez
     agoodman@andyglaw.com

5    Andrew Goodman on behalf of Creditor Luis Molina
     agoodman@andyglaw.com
6

7    Andrew Goodman on behalf of Creditor Luis Armando Diaz
     agoodman@andyglaw.com

8    Andrew Goodman on behalf of Creditor Manuel Becerra
     agoodman@andyglaw.com
9

10   Andrew Goodman on behalf of Creditor Marco A Guzman Saget
     agoodman@andyglaw.com

11   Andrew Goodman on behalf of Creditor Martin Medina
     agoodman@andyglaw.com
12

13   Andrew Goodman on behalf of Creditor Mauro Caselin
     agoodman@andyglaw.com

14   Andrew Goodman on behalf of Creditor Noe Morales
     agoodman@andyglaw.com
15

16   Andrew Goodman on behalf of Creditor Otto Rolando Pelaez
     agoodman@andyglaw.com

17   Andrew Goodman on behalf of Creditor Pedro Garcia Vieyra
     agoodman@andyglaw.com
18

19   Andrew Goodman on behalf of Creditor Roely Ramirez
     agoodman@andyglaw.com

20   Andrew Goodman on behalf of Creditor Selvin Martinez Estrada
     agoodman@andyglaw.com
21

22   Andrew Goodman on behalf of Creditor Teofilo Escobar
     agoodman@andyglaw.com

23   Andrew Goodman on behalf of Creditor Victor Calderon
     agoodman@andyglaw.com
24

25   Andrew Goodman on behalf of Creditor Victor Marroquin
     agoodman@andyglaw.com

26   David R Haberbush on behalf of Debtor Fargo Trucking Company, Inc.
     dhaberbush@lbinsolvency.com,
27   ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.as
     sistant@gmail.com,jborin@lbinsolvency.com
28

1

2  Vanessa M Haberbush on behalf of Debtor Fargo Trucking Company, Inc.
   vhaberbush@lbinsolvency.com,
3  dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.as
   sistant@gmail.com,jborin@lbinsolvency.com

4  Dare Law on behalf of U.S. Trustee United States Trustee (LA)
   dare.law@usdoj.gov
5

6  David W. Meadows on behalf of Mediator Mediator
   david@davidwmeadowslaw.com

7  John A Moe, II on behalf of Interested Party Philip Ting
   john.moe@dentons.com,
8  glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons
   .com

9
   Daniel H Reiss on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.
10 dhr@lnbyb.com, dhr@ecf.inforuptcy.com

11 Daniel H Reiss on behalf of Creditor Committee Official Committee Of Unsecured Creditors
   dhr@lnbyb.com, dhr@ecf.inforuptcy.com
12
   Daniel H Reiss on behalf of Interested Party Courtesy NEF
13 dhr@lnbyb.com, dhr@ecf.inforuptcy.com

14 Daniela P Romero on behalf of Creditor Elizabeth Cardona
   dromerolawecf@gmail.com, r57467@notify.bestcase.com
15
   Daniela P Romero on behalf of Creditor Roely Ramirez
16 dromerolawecf@gmail.com, r57467@notify.bestcase.com

17 Daniela P Romero on behalf of Interested Party Daniela P. Romero
   dromerolawecf@gmail.com, r57467@notify.bestcase.com
18
   Patricia A Shackelford on behalf of Creditor Glori Perez Silva
19 patricia@riverashackelford.com, jesse@riverashackelford.com

20 Patricia A Shackelford on behalf of Creditor Hermelindo Davila Alvarez
   patricia@riverashackelford.com, jesse@riverashackelford.com
21
   Patricia A Shackelford on behalf of Creditor Rene M Rubio
22 patricia@riverashackelford.com, jesse@riverashackelford.com

23 Patricia A Shackelford on behalf of Creditor Shin Hae Chung
   patricia@riverashackelford.com, jesse@riverashackelford.com
24
   Jay J Shin on behalf of Creditor California Labor Commissioner
25 jayshinlaw@gmail.com, jayshin2003@hotmail.com

26 Matthew N Sirolly on behalf of Creditor California Labor Commissioner
   msirolly@dir.ca.gov
27
   Thomas W Slattery on behalf of Interested Party Courtesy NEF
28

1   slatterylawfirm@gmail.com

2   United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Label Matrix for local noticing
0973-2
Case 2:17-bk-23714-NB
Central District of California
Los Angeles
Thu Oct 10 15:49:14 PDT 2019

California Labor Commissioner
Wage Justice Center
3250 Wilshire Blvd 13F
Los Angeles, CA 90010-1577

Fargo Trucking Company, Inc.
2727 E. Del Amo Blvd.
Compton, CA 90221-6005

Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd, #1700
Los Angeles, CA 90067-6253

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AIG
c/o Roy D Goldstein Esq.
Skebba. Isaac & Bishop
777 S Figueroa St., Suite 1507
Los Angeles CA 90017-5811

AIG Global Recovery  Services
PO Box 25710
Shawnee Mission KS 66225-5710

AIG Global Recovery Services
P.O. Box 105795
Atlanta GA 30348-5795

AIG Global Recovery Services
PO Box 25710
Overland Park KS 66225-5710

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representati
80 Pine Street, 13th Floor
New York, NY 10005-1734

Abel Ramos Axume
236 West 93rd Street
Los Angeles, CA 90003-4036

Abener Torres Barrientos
2736 Pomeroy Ave. Apt. 112
Los Angeles, CA 90033-2042

Abener Torres Barrientos
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Abener Torres Barrientos
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Adan Elias Cortez
527 South Sentous Ave.
West Covina, CA 91792-3124

Adan Elias Cortez
557 N Mountain View
Pomona CA 91767-4923

Alcides B. Escobar
11117 South Broadway Blvd. Apt. C
Los Angeles, CA 90061-1932

Aldemoro Estevan Padilla
7412 Irwingrove Drive
Downey, CA 90241-2163

Alejandro Melendez
6214 South Stafford Ave. Apt. A
Huntington Park, CA 90255-3084

Alejandro Rodriguez
10341 Harvest Ave.
Santa Fe Springs, CA 90670-4128

Alex B. Monge
7903 Cozy Croft Ave.
Winnetka, CA 91306-2110

AllianceOne Receivables Management Inc.
6160 Mission Gorge Rd., Suite 300
San Diego CA 92120-3449

AllianceOne Receivables Management Inc.
P.O. Box 11641
Tacoma WA 98411-6641

Alma Monica Cisneros
520 East Carson Street #32
Carson, CA 90745-2738

Andres A. Ventura
11410 Danube Ave
Granada Hills, CA 91344-4325

Antonio Belloso
12816 S. Thorson Ave.
Compton, CA 90221-1731

Antonio Bellosso Sr.
812 West 50th Street
Los Angeles, CA 90037-2936

Antonio P. Belloso Jr.
12816 S. Thorson Ave.
Compton, CA 90221-1731

Argenis Alexander Cruz
1707 West 58th St.
Los Angeles, CA 90062-2739

Argenis Alexander Cruz
38621 Lemsford Ave
Palmdale, CA 93550-4217

Armando A. Perez Henriquez
1405 3rd Street
Duarte, CA 91010-3734

Armando Leon Estrada
3851 San Mateo
Riverside, CA 92504-2622

Armando Leon Estrada
408 S Orangeblossom Ave
La Puente, CA 91746-2407

Arnoldo Angulo Beltran
2315 San Vicente Ave.
South Gate, CA 90280

Arturo Rivera Diaz
929 East Pacific Coast Hwy.
Wilmington, CA 90744-2775

Barnabe Robles
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Barnabe Robles
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Benchmark Insurance Company
510 W. 6h Street, Ste. 700
Los Angeles, CA 90014-1314

Benchmark Insurance Company
AIG, c/o Roy D. Goldstein, Esq.
Skebba, Isaac & Bishop
777 S Figueroa St., Suite 1507
Los Angeles CA 90017-5811

Bernabe Robles
1501 North Edison Blvd. Apt. H.
Burbank, CA 91505-1862

Biskmar Antonio Montenegro
807 East Oak Street Apt. A4
Compton, CA 90221-7147

Caesar Ramirez Martinez
726 West 82nd Street Apt B.
Los Angeles, CA 90044-5895

Carlos Alberto Castro
1011 East Colon Street
Wilmington, CA 90744-2102

Carlos Galindo
32710 Bedford Street
Palmdale CA 93550

Carlos Garcia
6516 Chalet Drive Apt. A
Bell Gardens, CA 90201-6671

Carlos Garcia
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Carlos Garcia
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Carlos Guzman Aguilera
1215 East Greenleaf Blvd.
Compton, CA 90221-5014

Carlos Raudez Sanchez
133 South Thorson Ave.
Compton, CA 90221-3586

Carlos Raudez Sanchez
1402 North Kingsley Drive #12
Los Angeles, CA 90027-5726

Carlos Sanchez Ortega
4733 1/4 Live Oak Street
Bell Gardens, CA 90201-5199

Celestino Aguilar
118 N. Alma Ave.
Los Angeles, CA 90063-4159

Celestino Aguilar
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Celestino Aguilar
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Cesar Avalos
10004 Dorothy Ave.
South Gate, CA 90280-6320

Cesar Avalos
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Cesar Avalos
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Cesar Estrada Lopez
5409 Fishburn Ave.
Maywood, CA 90270-2323

Cesar Martinez
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr. Ste. Ste. E-244
San Diego, CA 92108-4550

Cesar Martinez
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Christian E. Madrid
324 North Heliotrope Dr.
Los Angeles, CA 90004-3324

Cristobal Roberto Alfonso
15837 Saticoy Street
Van Nuys, CA 91406-3150

Clemente Moran
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Clemente Moran
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Clemente Moran Valdovinos
1632 East 51st Street
Los Angeles, CA 90011-5004

Complete Document Solutions
419 Hendry Ave.
Inglewood, CA 90301-2063

Cortes Armando Torres
16020 Malaga Ave.
Fontana, CA 92336-1853

Cristobal Roberto Alfonso
15837 Saticoy Street
Van Nuys, CA 91406-3150

Cristobal Roberto Alfonso
6950 Garden Grove Ave
Reseda CA 91335-4534

Daniela P. Romero
271 East Workman Street, #100
Covina, CA 91723-3547

Daniela P. Romero, Esq.
271 East Workman Street, #100
Covina, CA 91723-3547

David E. Estrada
322 Haggar St. Apt. G
San Fernando, CA 91340-2869

David E. Estrada
8777 Nevada Ave
Rosemead, CA 91770-1732

David Jose Benitez Fuentes
130 West 91st Street
Los Angeles, CA 90003-4022

David U. Aquino
25077 Red Maple Lane
Moreno Valley, CA 92551-9211

Dennis Alberto Martinez
11812 1/2 Success Ave.
Los Angeles, CA 90059-2415

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Diphatta Antwi
4245 Cypress Dr.
San Bernardino, CA 92407-2959

Donna Hirsch
7710 Hazard Center Dr., Suite E-244
San Diego CA 92108-4550

Dorinna Hirsch
7710 Hazard Center Dr., Suite E-244
San Diego, CA 92108-4550

Douglas Alfredo Monroy Mendoza
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Douglas Alfredo Monroy Mendoza
4300 Walnut Street Apt. A
Bell Gardens, CA 90201-4231

Douglas Alfredo Monrroy Mendoza
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Eddy Figueroa Lainez
10325 Hickory Street
Los Angeles, CA 90002-3741

Edgar Lambert
c/o Anderson, McPharlin & Conners
707 Wilshire Blvd. Suite 4000
Los Angeles CA 90017-3623

Edgar Rene Carranza
11730 Runnymede Street Apt. 101
North Hollywood, CA 91605-3264

Edgar Rene Carranza
c/o Dorinna Hirch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Edgar Rene Carranza
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Edgar Rene Castro
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Edgar Rolando Castro
5723 1/2 Priory Street
Bell Gardens, CA 90201-4850

Edgar Rolando Castro
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Edwin Molina
4415 La Clede Ave.
Los Angeles, CA 90039-1232

Efrain Rosales Cortes
11335 Mina Ave.
Whittier, CA 90605-3752

Efrain Rosales Cortes
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Efrain Rosales Cortes
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Elias Arellano
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Elias Arellano
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Elio Estrada
4300 E. Walnut St. Apt. A
Bell Gardens, CA 90201-4231

Elio Estrada
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Elio Estrada
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Elizabeth Cardona
c/o Law Offices of Daniela Romero, APLC
271 East Workman Street, #100
Covina, CA 91723-3547

Employment Development Dept.
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enson Dubon Cabrera
18337 Atlario St.
La Puente, CA 91744-5902

Erikson Gutierrez
17821 East Banbow St.
Covina, CA 91722-2609

Erikson Gutierrez
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Erikson Gutierrez
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Express FTC, Inc.
2727 E. Del Amo
Compton, CA 90221-6005

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fargo Transportation, Inc.
2727 E. Del Amo
Compton, CA 90221-6005

Felipe Garcia
4810 Bendera Street Apt. B.
Montclair, CA 91763-4338

Felipe Nery Alvizurez
820 1/4 West 84th Street
Los Angeles, CA 90044-4957

Fidel Antonio Araujo
542 Alderton Ave.
La Puente, CA 91744-5804

Fidel Carreno Hernandez
11860 Stanford Ave.
Los Angeles, CA 90059-2751

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Francisco Martinez Burgos
2300 South Lewis Street Sp. 78
Anaheim, CA 92802-5015

Fredis Depaz Nieto
3643 Albany Street Apt. D
Huntington Park, CA 90255

Gabriel Parra Munoz
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Gabriel Parra Munoz
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Geraldo Leon Valladolid
5350 Orange Ave.
Long Beach, CA 90805-6058

Gerardo Fierro Flores
11226 Dalwood Ave.
Norwalk, CA 90650-7601

Gilberto Garcia
8511 Jennrich Ave.
Westminster, CA 92683-4614

Global Transportation Enterprises
13663 Prairie Avenue, Suite D
Hawthorne CA 90250-7372

Glori Perez Silva
Patricia Shackelford,
Rivera I Shackelford
4901 Morena Blvd., Suite 111
San Diego CA 92117-3559

Gloria P. Silva
3516 Gale Ave.
Long Beach, CA 90810-2234

Guadalupe O. Mendez
1210 West Don Street
Wilmington, CA 90744-1214

Guillermo Belloso
11050 Leibacher Ave.
Downey, CA 90241-3146

Hector Raul Trujillo
5630 East Fostoria Street
Bell Gardens, CA 90201-6119

Hermelindo Alvarez Davila
1102 Ahern Drive
La Puente, CA 91746-1225

Hermelindo Davila Alvarez
Patricia Shackelford,
Rivera I Shackelford
4901 Morena Blvd., Suite 111
San Diego CA 92117-3559

Hermelindo Davila Alvarez
c/o Rivera D. Briana
4901 Morena Blvd., Suite 111
San Diego, CA 92117-3559

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Isaias Portillo
7000 Bertrand Ave.
Reseda, CA 91335-4710

Isaias Portillo
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Isaias Portillo
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Ismael Payes
1314 Calle Pimieto
Thousand Oaks, CA 91360-6522

Ivan Diaz Chavez
3520 Broadway
Huntington Park, CA 90255-6526

Jackelinne R. Galdamez
2100 Cedar Ave.
Long Beach, CA 90806-4506

Jae Young Kim
731 South Echo Street
Anaheim, CA 92804

Jaime Hernandez
22333 Joliet Ave.
Hawaiian Gardens, CA 90716-1431

Jairo A. Arauz
734 East 97th Street
Los Angeles, CA 90002-2703

Javier Molina
2284 Long Beach Blvd. Apt#1
Long Beach, CA 90806-4445

Javier Molina
c/o Dorina Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego, CA 92108-4550

Javier Molina
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jesus Aguirre
1207 South Edith Ave. Apt. G
Alhambra, CA 91803-2422

Jesus Borja Puertas
12560 Terra Bella St.
Pacoima, CA 91331-1944

Joaquin Pineda Garcia
1041 1/2 Martin Luther King Jr. Ave
Long Beach, CA 90813-3615

Joe Murez Exempt Trust
2720 Neilson Way #5872
Santa Monica, CA 90409-1064

Johnathan Amilcar Acebedo
520 Carson Street Apt. 32
Carson, CA 90745-2738

Jonathan Amilcar Acebedo
969 Mariposa Ave. Apt. 8
Los Angeles, CA 90029-1191

Jorge Antonio Moran
8912 Greenbush Ave.
Pacoima, CA 91331-6229

Jorge Morales
2707 Thurman Ave
Los Angeles, CA 90016-2427

Jorge Morales
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jorge Morales
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose A Cruz Jr
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jose A. Cruz
4956 Romaine Street Apt. 105
Los Angeles, CA 90029-3802

Jose A. Cruz Jr.
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose A. Palma
7531 Canby Ave. Apt. 10
Reseda, CA 91335-2947

Jose Adrian Cruz
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jose Adrian Cruz
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose Alberto Morelos
5214 Pendleton Ave. Apt. #12
South Gate, CA 90280-8508

Jose Cabrera
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jose Cabrera
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose Cabrera Quintanilla
4956 Romain Street Apt. 105
Los Angeles, CA 90029-3802

Jose Cruz
966 North Mariposa Ave. Apt. 1
Los Angeles, CA 90029-3468

Jose Daniel Torrez
6510 Adamson Ave.
Bell Gardens, CA 90201-3104

Jose David Benitez
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jose Duran
1916 East 61st Street
Long Beach, CA 90805-3607

Jose E. Marroquin
1460 West 55th Street
Los Angeles, CA 90062-2810

Jose E. Marroquin
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose Elias Arellano
1141 N. Stone Street
Los Angeles, CA 90063-2619

Jose G. Sanchez
305 1/2 Concourse Ave.
Montebello, CA 90640-3019

Jose Geovany Herrera
1319 Robidoux Street
Wilmington, CA 90744

Jose Guerra
1333 South Greenwood Apt. 3
Montebello, CA 90640-6344

Jose Guillermo Skeen
16518 Tulsa Street
Granada Hills, CA 91344-5224

Jose I Cruz
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jose I. Cruz
4956 Romaine Street Apt. 105
Los Angeles, CA 90029-3802

Jose I. Cruz
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose Luis Alba
9426 Luxor Street
Downey, CA 90241

Jose Marroquin
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Jose Oscar Recinos
133 South Thorson Ave.
Compton, CA 90221-3586

Jose Quintanilla
c/o Dorinna Hirsch, Esq
7710 Hazard Center Dr, Ste E-244
San Diego, CA 92108-4550

Jose Quintanilla
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Jose Rivera Quintanilla
9304 Hickory Street
Los Angeles, CA 90002-2539

Jose S. Quintaniilla
966 North Mariposa Ave. Apt. 13
Los Angeles, CA 90029-4614

Jose Vicente Santamaria
6715 Woodley Ave. Apt. 32
Van Nuys, CA 91406-5919

Jose Vicente Santamaria
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste. E-244
San Diego, CA 92108-4550

Josue Aquino Jimenez
25077 Red Maple Lane
Moreno Valley, CA 92551-9211

Juan Flores
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste. E-244
San Diego, CA 92108-4550

Juan Flores
c/o Rivera D. Briana
4901 Morena Blvd., Suite 111
San Diego, CA 92117-3559

Juan Flores
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Juan Flores Melendez
4332 Verona Street
Los Angeles, CA 90023-2016

Juan Ramon Pulido
13950 McClure Ave. Apt. D
Paramount, CA 90723-2249

Juan Ramon Pulido
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste. E-244
San Diego, CA 92108-4550

Juan Rodas
620 North Marengo Ave. Apt. 1
Pasadena, CA 91101-1053

Junior Ovidio Melgar
1626 Viola Place
Pomona, CA 91768-1342

Justice Seshie
1711 West Crone Ave.
Anaheim, CA 92804-4507

Kenneth Richard Cobbs
P.O. Box 20992
Long Beach, CA 90801-3992

Kimberly Ashly Pineda
1586 West Philips Blvd.
Pomona, CA 91766-2515

Kimberly Ashly Pineda
1952 W 65th Pl
Los Angeles, CA 90047-1703

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Labor Commissioner, State of CA
Department of Industrial Relations
Div. of Labor Standards Enforcement
300 Oceangate, Suite 302
Long Beach, CA 90802-4304

Laurencio Hernandez
947 E. 23rd St.
Los Angeles, CA 90011-1264

Laurencio Hernandez
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr. Ste. E-244
San Diego, CA 92108-4550

Leodegario Leon Munos
1419 West 70th Street
Los Angeles, CA 90047-2031

Leopoldo Espetia Lopez
1228 North Beachwood Drive Apt. 3
Los Angeles, CA 90038-1843

Lex Marvin Argueta
1302 1/2 Manchester Ave.
Los Angeles, CA 90044-2240

Lex Marvin Argueta
4407 La Clede Ave.
Los Angeles, CA 90039-1232

Londy Mayari Monterroso
1558 East 106th Street
Los Angeles, CA 90002-3506

Los Angeles Tax Collector
225 North Hill Street
Los Angeles, CA 90012-3253

Luis Armando Diaz
24818 Board Ave.
Wilmington, CA 90744-1037

Luis Armando Diaz
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste. E-244
San Diego, CA 92108-4550

Luis Diaz Perez
4423 3/4 Elizabeth Street
Bell Gardens, CA 90201-5959

Luis Hernandez
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Luis Molina
3225 Long Beach Blvd. Apt. 310
Long Beach, CA 90807-5079

Luis Molina
c/o Dorinna Hirsch, Esq
7710 Hazard Center Dr, Ste E-244
San Diego, CA 92108-4550

Luis Molina
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Luis Perez Hernandez
2647 Gem Stone Ave.
Palmdale, CA 93551-1569

Magdaleno Lopez Partido
998 East 56th Street
Los Angeles, CA 90011-5216

Manuel Becerra
654 West Colden Ave.
Los Angeles, CA 90044-5612

Manuel Becerra
c/o Donna Hirsch, Esq.
7710 Hazard Center Dr, Ste E-244
San Diego, CA 92108-4550

Manuel Becerra
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Marcial Guardado
3550 East 55th Street
Maywood, CA 90270-2026

Marco Antonio De La Cruz
10746 Amery Ave.
South Gate, CA 90280-7302

Marco Guzman Saget
13415 Victory Blvd. Apt. 5
Van Nuys, CA 91401-1816

Marco Guzman Saget
c/0 Dorinna Hirsch, Esq.
7710 Hazard Center Dr. Ste. E-244
San Diego, CA 92108-4550

Marco Moreno Gomez
22333 Joliet Ave
Hawaiian Gardens, CA 90716-1431

Marcos Aurelio Turcio
5534 Fernwood Ave. Apt. 202
Los Angeles, CA 90028-8552

Margarita Hernandez
11860 Stanford Ave.
Los Angeles, CA 90059-2751

Margarito Nava Aldaco
214 Royal Lane
Santa Ana, CA 92704-1684

Maria Diaz Rivera
911 Craven Street
Wilmington, CA 90744-5256

Mario Alba
8432 Luxor Street
Downey, CA 90241-5120

Mario F. Brambila
16431 Chicago Ave.
Bellflower, CA 90706-5019

Mario Trejo Gutierrez
1336 Arlene Street
Redlands, CA 92374-2002

Martin Medina
2006 Olive Street
Santa Ana, CA 92707-2523

Martin Medina
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Martin Medina
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Mauro Caselin
8631 Warevale St.
Pico Rivera, CA 90660-4420

Mauro Caselin
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr. Ste. E-244
San Diego, CA 92108-4550

Miguel Angel Araujo
1317 S McKinley Ave
Compton, CA 90220-3955

Miguel Angel Araujo
2371 W. Reeve St.
Compton, CA 90220

Miguel Angel Araujo
c/o Dorinna Hirsch, Esq
7710 Hazard Center Dr, Ste E-244
San Diego, CA 92108-4550

Misael Azteca Diaz
1117 South Westlake Ave. Apt. 202
Los Angeles, CA 90006-4144

Monica C. Gutierrez
904 Atlantic Ave. Apt. 12
Long Beach, CA 90813-4568


Monica Gutierrez
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste. E-244
San Diego, CA 92108-4550

Nery Ernesto Pineda
2512 Adela Ave.
South El Monte, CA 91733-1711

Nestor Bernardo Padilla
9337 San carlos Ave.
South Gate, CA 90280-4705


Nestor Marcel Ituralde
904 Atlantic Ave. Apt. 12
Long Beach, CA 90813-4568

Noe Morales
324 West 75th Street
Los Angeles, CA 90003-2018

Noe Morales
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550


Noe Morales
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Noe Morales Reina
324 West 75th Street
Los Angeles, CA 90003-2018

Oscar M. Garcia
15701 B Cornuta Ave.
Bellflower, CA 90706


Oscar Rodriguez Gonzalez
4533 Pickford St., Apt 16
Los Angeles, CA 90019-5821

Oscar Rodriguez Gonzalez
969 Mariposa Ave. Apt. 8
Los Angeles, CA 90029-1191

Otto Rolando Pelaez
1723 Grismer Ave. Apt. #9
Burbank, CA 91504-3737


Otto Rolando Pelaez
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Otto Rolando Pelaez
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Pablo Porfirio Burgos
1130 Raymond Ave.
Long Beach, CA 90804-3526


Pedro Garcia Vieyra
9511 Jenrich Ave.
Westminster, CA 92683

Pedro Garcia Vieyra
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Pedro Garcia Vieyra
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619


Rafael Gonzalez
616 Via Barola Ave.
Long Beach, CA 90805-6516

Rafael Valadez Cruz
8922 Burke Ave.
South Gate, CA 90280-3409

Raul Lopez
12301 Osbourne Street Unit 66
Pacoima, CA 91331-2067


Rene Aviles Gonzalez
1342 5th Ave.
Los Angeles, CA 90019-3408

Rene Aviles Gonzalez
357 S Wilton Pl. Apt 103
Los Angeles, CA 90020

Rene Garcia
16643 Georgia Ave.
Paramount, CA 90723-5507


Rene Garcia
4315 1/2 Elizabeth ST
Cudahy, CA 90201-5972

Rene Juarez Ayala
1914 W. West View Street
Los Angeles, CA 90016

Rene M Rubio
c/o Dorinna Hirsch, Esq
7710 Hazard Center Dr, Ste E-244
San Diego, CA 92108-4550

Rene M. Rubio
Patricia Shackelford
Rivera I Shackelford
4901 Morena Blvd., Suite 111
San Diego CA 92117-3559

Rene Mauricio Rubio
1332 East 71st Street
Los Angeles, CA 90001-1923

Rene Mauricio Rubio
c/o Rivera D. Briana
4901 Morena Blvd., Suite 111
San Diego, CA 92117-3559

Ricardo Zaldivar
1401 Espanol Ave.
Montebello, CA 90640-6326

Rigoberto Alberto Ayala
15712 Septo Street
North Hills, CA 91343-1536

Rigoberto Borrayo Sainez
355 62nd Street
Los Angeles, CA 90003-1624

Robert Antonio De Leon
12092 9th Street
Garden Grove, CA 92840-3531

Robert Wallace
2727 E Del Amo Blvd.
Compton CA 90221-6005

Roberto Epifanio Aguilar
121 West 104th Street
Los Angeles, CA 90003-4609

Roberto Gallardo
17209 Crenshaw Blvd.
Torrance, CA 90504-2609

Roberto Omar Martinez
15315 Fair Lock Ave.
Paramount, CA 90723-4017

Roely Ramirez
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Roely Ramirez
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Romulo Adalberto Rodas
20615 East Via Verde Street
Covina, CA 91724-3717

Romulo Rodas
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste. E-244
San Diego, CA 92108-4550

Ronald Jordan Aldana
6732 Makee Ave.
Los Angeles, CA 90001-2032

Rony Estuardo Zarco
1007 West 78th Street
Los Angeles, CA 90044-3501

Rony Ramirez
c/o Law Offices of Daniela Romero, APLC
271 East Workman Street, #100
Covina, CA 91723-3547

Rony Zarco
c/o Dorinna Hirsch, Esq.
7710 Hazard Center Dr. Ste. E-244
San Diego, CA 92108-4550

Rosa Esquivel
4330 Verona Street
Los Angeles, CA 90023-2016

Ruben E. Valencia
1466 West 35th Place
Los Angeles, CA 90018-3955

S Christopher Gipe
Law Offices of Perona Langer Beck
Serbin Mendoza and Harrison
300 E San Antonio Dr.
Long Beach CA 90807-2002

Salvador Aquino Jimenez
25077 Red Maple Lane
Moreno Valley, CA 92551-9211

Salvador Roman Valdez
929 E. Pacific Coast Hwy.
Wilmington, CA 90744-2775

Sebastian Tillayatzi
1714 S Rose St
Santa Ana, CA 92702

Sebastian Xochitiotzi Tliayatzi
1714 South Ross Street
Santa Ana, CA 92707-2225

Selvin Martinez Estrada
11578 Celine Street
El Monte, CA 91732-1002

Selvin Martinez Estrada
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Selvin Martinez Estrada
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Shin H Chung
PO Box 1758
Norwalk CA 90651-1758

Shin H. Chung
12231 1/2 Cheshire Street
Norwalk, CA 90650-6687

Shin H. Chung
C/O Dorinna Hirsch, Esq.
7710 Hazard Center Dr., Ste.E-244
San Diego, CA 92108-4550

Shin H. Chung
Patricia Shackelford,
Rivera I Shackelford
4901 Morena Blvd., Suite 111
San Diego CA 92117-3559

Shin H. Chung
c/o Rivera D. Briana
4901 Morena Blvd., Suite 111
San Diego, CA 92117-3559

State Fund Compensation Insurance
PO Box 7441
San Francisco CA 94120-7441

State of CA, Labor Commissioner
Attn: Matthew Sirolly
320 West 4th Street, Suite 600
Los Angeles, CA 90013-2350

Steve Diaz
10305 Hildreth Ave.
South Gate, CA 90280-6849

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK  73124-8848

Teofilo Escobar
638 Marston Ave.
La Puente, CA 91744-5023

Teofilo Escobar
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Teofilo Escobar
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Theophile Josue Adoko
P.O. Box 32651
Long Beach, CA 90832-2651

Trinidad Diaz
10305 Hildreth Ave.
South Gate, CA 90280-6849

Tristate Logistics Company, LLC
3377 California Ave.
Signal Hill, CA 90755-4605

United Arab Shipping Co.
c/o Gabba Law Firm
Moulton Park Place
23141 Verdugo Drive, Suite 205
Laguna Hills, CA 92653-1341

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Victor Calderon
247 West 93rd Street
Los Angeles, CA 90003-4035

Victor Calderon
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Victor Calderon
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Victor Manuel Melendez
2738 Hyans Street
Los Angeles, CA 90026-4716

Victor Manuel Melendez
8959 Stanwin Ave
Arleta, CA 91331-4849

Victor Manuel Melendez Marroquin
2738 Hyans Street
Los Angeles, CA 90026-4716

Victor Manuel Melendez Marroquin
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

Victor Manuel Melendez Marroquin
c/o Thomas Slattery
826 Orange Ave., Suite 120
Coronado, CA 92118-2619

Victor Ruiz Banuelos
4866 farquhar Street
Los Angeles, CA 90032-4118

Virginio Ramos Naranjo
3260 Daisy Ave
Long Beach, CA 90806-1228

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wilson Eduardo Recinos
133 South Thorson Ave.
Compton, CA 90221-3586

Zacarias Melchor Rojas
326 West 53rd Street
Los Angeles, CA 90037-3835

Alan Friedman
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626-7021

Daniela P. Romero
Law Offices of Daniela Romero, APLC
1015 N. Lake Ave., Ste. 212
Pasadena, CA 91104-4576

David R Haberbush
444 W Ocean Blvd Ste 1400
Long Beach, CA 90802-4522

Dorinna E Hirsch
Hirsh Law Firm
7710 Hazard Center Drive Ste E-244
San Diego, CA 92108-4550


Elizabeth Cardona
Law Offices of Daniela Romero APLC
1015 N. Lake Ave. Ste. 212
Pasadena, CA 91104-4576

Lane K Bogard
Haberbush & Associates LLP
444 W. Ocean Blvd., Ste 1400
Long Beach, CA 90802-4522

Philip Ting
Dentons US LLP
601 S. Figueroa Street
25th Floor
Los Angeles, CA 90017-5704


Shin Hae Chung
12231 1/2 Cheshire St
Norwalk, CA 90650-6687

Timothy J. Yoo
Levene, Neale, Bender, Yoo & Brill
800 S Figueroa Street, #1260
Los Angeles, CA 90017-2581

Vanessa M Haberbush
Haberbush & Associates LLP
444 W Ocean Blvd Ste 1400
Long Beach, CA 90802-4522


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cohrenick LLP

(u)Courtesy NEF

(u)Haberbush & Associates, LLP


(u)Joe Murez Exempt Trust

(u)Mediator

(u)Official Committee Of Unsecured Creditors


(u)Post-Confirmation Committee

(u)Radcliff & Saiki, LLP

(u)Carlos Galindo
Unknown


(d)Isaias Portillo
c/o Dorinna Hirsch,Esq
7710 Hazard Center Dr Ste E-244
San Diego CA 92108-4550

(du)Joe Murez Exempt Trust

(d)Jose David Benitez
c/o Dorinna Hirsch Esq
7710 Hazard Center Dr Ste E-244
San Diego, CA 92108-4550

(u)Abener Torres Barrientos    (u)Antonio R Belloso    (u)Benchmark Insurance Benchmark Insurance Co

(u)Carlos Garcia    (u)Celestino Aguilar    (u)Cesar Avalos

(u)Cesar Martinez    (u)Clemente Moran    (u)Douglas Mendoza

(u)Edgar Rene Carranza    (u)Edgar Rolando Castro    (u)Efrain Rosales Cortes

(u)Elias Arellano    (u)Elio Estrada    (u)Erikson Gutierrez

(u)Gabriel Parra Munoz    (u)Glori Perez Silva    (u)Hermelindo Davila Alvarez

(u)Isaias Portillo    (u)Javier Molina    (u)Jorge Morales

(u)Jose Cabrera    (u)Jose Marroquin    (u)Jose Quintanilla

(u)Jose A Cruz    (u)Jose Adrian Cruz    (u)Jose David Benitez

(u)Jose I Cruz    (u)Jose Vicente Santamaria    (u)Juan Flores

(u)Juan Ramon Pulido                (u)Laurencia Hernandez              (u)Luis Hernandez

(u)Luis Molina                      (u)Luis Armando Diaz               (u)Manuel Becerra

(u)Marco A Guzman Saget             (u)Martin Medina                   (u)Mauro Caselin

(u)Noe Morales                      (u)Otto Rolando Pelaez             (u)Pedro Garcia Vieyra

(u)Rene M Rubio                     (u)Roely Ramirez                   (u)Selvin Martinez Estrada

(u)Teofilo Escobar                  (u)Victor Calderon                 (u)Victor Marroquin


End of Label Matrix
Mailable recipients   338
Bypassed recipients    60
Total                 398